AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joseph Michael Hardy | ) | Case No: 3:97cr18/LAC |
| | ) | USM No: 04089-017 |
| Date of Previous Judgment: 15 July 1997 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __364__ months **is reduced to** __294 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __38__          Amended Offense Level: __36__
Criminal History Category: __IV__       Criminal History Category: __IV__
Previous Guideline Range: __324__ to __405__ months   Amended Guideline Range: __262__ to __327__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __15 July 1997__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 17 June 2008                      s/*L.A. Collier*
                                              Judge's signature

Effective Date: _____                Lacey A. Collier, Senior U.S. District Judge
(if different from order date)                Printed name and title